RP:sb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

UNITED STATES OF AMERICA,

        Plaintiff,

v.

APPROXIMATELY 13,000 MOBILE PHONES
    And
APPROXIMATELY 4,047 MOBILE PHONES,

        Defendants.
_____/

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

    Plaintiff, United States of America, hereby files this Verified Complaint for Forfeiture *In Rem* against the defendants, approximately 13,000 mobile phones and approximately 4,047 mobile phones (hereinafter referred to as the "defendant mobile phones") and alleges:

    1.    This is a civil forfeiture action brought *In Rem* against the defendant mobile phones consisting of approximately 13,000 mobile phones shipped under air waybill number 160-4342-8932 and approximately 4,047 mobile phones shipped under air waybill number 988-0148-8491.

    2.    This Court has subject matter jurisdiction over this action pursuant to Title 28, United States Code, Sections 1345, 1355(a), (b)(1) and 2461, and Title 19, United States Code, Sections 1526 and 1595a.

    3.    This Court has *In Rem* jurisdiction over this matter pursuant to Title 28, United States Code, Sections 1355(b) and (d), and 2461(b).

1

4. Venue lies in this district pursuant to Title 28, United States Code, Sections 1355(b) and 1395 in that the defendant mobile phones are located in the Southern District of Florida. The defendants approximately 13,000 mobile phones were seized in Miami, Florida, by U.S. Customs and Border Protection (CBP) on July 8, 2014, and the defendants approximately 4,047 mobile phones were seized on July 25, 2014, and will remain within the District during the pendency of this action.

5. The United States seeks forfeiture of the defendant mobile phones pursuant to Title 19, United States Code, Sections 1526(b) and (e) on the grounds that the defendants constitute articles of merchandise, bearing one or more counterfeit marks, imported into the United States in violation of Title 15, United States Code, Section 1124, without the consent of the owners of such trademarks.

6. The United States also seeks forfeiture of the defendant mobile phones pursuant to Title 19, United States Code, Section 1595a(c)(2)(C) on the grounds that the defendants constitute merchandise introduced into the United States contrary to law as merchandise in which trademark protection violations are involved, specifically violations of Title 15, United States Code, Sections 1124.

7. Title 15, United States Code, Section 1124, provides that "no article of imported merchandise . . . which shall copy or simulate a trademark registered in accordance with the provisions of this chapter . . . shall be admitted to entry at any customhouse of the United States."

8. The Lanham Act, Title 15, United States Code, Section 1127, provides that "[t]he term 'mark' includes any trademark, service mark, collective mark, or certification mark." The

statute further provides that "[a] 'counterfeit' is a spurious mark which is identical with, or substantially indistinguishable from, a registered mark."

9. Title 19, Code of Federal Regulations, 133.22(a), provides that "a 'copying or simulating' trademark or trade name is one which may so resemble a recorded mark or name as to be likely to cause the public to associate the copying or simulating mark or name with the recorded mark or name."

10. The "MICROSD" (stylized) trademark is owned by SD-3C, a limited liability company ("SD-3C"). The MICROSD (stylized) trademark is registered with the U.S. Patent and Trademark Office for a term of 10 years from July 13, 2010, U.S. Trademark Registration Number 3,816,439, U.S. Customs and Border Protection Customs Recordation Number TMK 10-01103.

11. The company SD-3C, LLC, licenses the MICROSD (stylized) trademark for use on data storage media, such as integrated circuit memory cards and memory card readers and writers.

12. The "Super HD AMOLED" and Design trademark is owned by Samsung Electronics, LTD ("Samsung"). The Super HD AMOLED and Design trademark is registered with the U.S. Patent and Trademark Office for a term of 10 years from July 3, 2012, U.S. Trademark Registration Number 4,287,291, U.S. Customs and Border Protection Customs Recordation Number TMK 13-00187.

13. The company Samsung licenses the Super HD AMOLED and Design trademark for use on smart phones and mobile phones.

14. The "Java Powered" trademark is owned by Oracle America, Incorporated ("Oracle"). The Java Powered trademark is registered with the U.S. Patent and Trademark Office for a term of 10 years from August 23, 2011, U.S. Trademark Registration Number 4,014,338,

U.S. Customs and Border Protection Customs Recordation Number TMK 11-01335.

15. The company Oracle licenses the Java Powered trademark for use on electronic equipment such as computers, computer hardware, digital video recorders, internet television hardware, personal digital assistants, telephones, and television sets.

16. The "E" trademark is owned by Microsoft Corporation ("Microsoft"). The E trademark is registered with the U.S. Patent and Trademark Office for a term of 10 years from December 9, 2007, U.S. Trademark Registration Number 2,118,982, U.S. Customs and Border Protection Customs Recordation Number TMK 10-01185.

17. The Company Microsoft licenses the E trademark for use on computer programs that connect to, search, transmit, and receive data to and from remote computers and computer networks, and for use on computer programs that assist users navigate through computer networks.

18. The Windows trademark is owned by Microsoft. Windows is a trademark registered with the U.S. Patent and Trademark Office for a term of 10 years from September 10, 2013, U.S. Trademark Registration Number 4,400,958, U.S. Customs and Border Protection Customs Recordation Number TMK 13-01042.

19. The company Microsoft licenses Windows trademark for use on, *inter alia*, computer operating system software for mobile phones and mobile phones.

## STATEMENT OF FACTS

20. CBP tracking history reveals that the 13,000 defendant mobile phones departed Hong Kong and arrived at the Port of Anchorage on May 24, 2014, and continued to travel in-bond to arrive at Miami International Airport.

21. On May 25, 2014, the 13,000 defendant mobile phones arrived at Miami International Airport, under air waybill number 160-4342-8932.

22. The shipment of the 13,000 defendant mobile phones under air way bill number 160-4342-8932 was assigned CBP Fines Penalties & Forfeitures (FP&F) number 2014-5206-001195-01.

23. Commercial Invoice number HBT05017E10 and Packing List number HBT5.17E10 described the defendants as: 1,000 mobile phones of the L3 model; 3,000 mobile phones of the L5 model; 1,000 mobile phones of the L7 model; 5,000 mobile phones of the MINI S5-W model; and 3,000 mobile phones of the SM-G900 model.

24. Mobile phones models L3, L5, L7, and MINI S5-W bear the MICROSD (stylized) trademark.

25. Mobile phone models MINI S5-W and SM-G900 bear the Super HD AMOLED and Design trademark.

26. According to Department of Homeland Security (DHS) Form 6051D, Detention Notice and Custody Receipt for Detained Property, the 13,000 defendant mobile phones were detained on June 4, 2014, by CBP Officer Michael Baranet.

27. CBP Import Specialist Yordany Ledesma reviewed samples of the 13,000 defendant mobile phones and determined the defendant mobile phones bore counterfeit trademarks and were subject to seizure.

28. According to DHS Form 6051S, Custody Receipt for Seized Property and Evidence, the 13,000 defendant mobile phones were seized on July 8, 2014, by CBP Officer Michael Baranet.

29. Samsung performed a detailed sample inspection of mobile phone models MINI

S5-W and SM-G900.

30.     By letter dated May 20, 2016, Brian Atwood, Director of Customs Compliance for Samsung, informed CBP that the Super HD AMOLED and Design trademark found on mobile phone models MINI S5-W and SM-G900 have "incorrect coloring" and are "not consistent with the genuine Samsung manufacturing process." Mr. Atwood concluded that the mobile phone model MINI S5-W bears a "counterfeit copy of the Samsung-owned SUPER HD AMOLED trademark" and mobile phone model SM-G900 bears a mark that "infringe[s] on the Samsung-owned SUPER HD AMOLED trademark."

31.     SD-3C performed a detailed sample inspection of mobile phone models L3, L5, L7, and MINI S5-W.

32.     By letter dated May 11, 2016, Kim Tanner, Licensing Agent for SD-3C, informed CBP that the MICROSD (stylized) trademark found on mobile phone models L3, L5, L7, and MINI S5-W is "not genuine and the application of the MicroSD trademark is unauthorized." Therefore, Ms. Tanner concluded that mobile phone models L3, L5, L7, and MINI S5-W "contain an unlicensed SD card slot and bear a counterfeit MicroSD trademark."

33.     CBP tracking history reveals that the 4,047 mobile phones departed Hong Kong and arrived at the Port of Anchorage on May 28, 2014, and continued to travel in-bond to arrive at Miami International Airport.

34.     On May 29, 2014, the 4,047 defendant mobile phones arrived at Miami International Airport, under air waybill number 988-0148-8491.

35.     The shipment of 4,047 defendant mobile phones under air way bill number 988-0148-8491 was assigned CBP Fines Penalties & Forfeitures (FP&F) number 2014-5206-001256-01.

36. Commercial Invoice number HBT05023E10 and Packing List number HBT5.23E10 described the defendants as: 191 mobile phones of the L21 model; 346 mobile phones of the D112-S model; 510 mobile phones of the L1020 model; and 3,000 mobile phones of the I9190 model.

37. Mobile phone models L21 and D112-S bear the Java Powered trademark.

38. Mobile phone model I9190 bears the Super HD AMOLED and Design trademark.

39. Mobile phone model L1020 bears the E trademark and the Windows trademark.

40. According to DHS Form 6051D, Detention Notice and Custody Receipt for Detained Property, the 4,047 defendant mobile phones were detained on June 27, 2014, by CBP Officer Nanette Power.

41. CBP Import Specialist Felipe Rodriguez reviewed samples of the 4,047 defendant mobile phones and determined the defendant mobile phones bore counterfeit trademarks and were subject to seizure.

42. According to DHS Form 6051S, Custody Receipt for Seized Property and Evidence, the 4,047 defendant mobile phones were seized on July 25, 2014, by CBP Officer Nanette Power.

43. Samsung performed a detailed sample inspection of mobile phone model I9190.

44. By letter dated May 20, 2016, Brian Atwood, Director of Customs Compliance for Samsung, informed CBP that the Super HD AMOLED and Design trademark found on mobile phone model I9190 has "incorrect coloring" and is "not consistent with the genuine Samsung manufacturing process." Mr. Atwood concluded that mobile phone model I9190 bears a mark that "infringe[s] on the Samsung-owned SUPER HD AMOLED trademark."

45. Oracle performed a detailed sample inspection of mobile phone models L21 and D-112.

46. By letter dated March 1, 2016, Oracle, informed CBP that the Java Powered trademark found on mobile phone models L21 and D-112 is "of poor quality and contains incorrect dimensions" and is "inconsistent with Oracle's design and branding specifications." Therefore, Oracle concluded mobile phone models L21 and D-112 bear counterfeit trademarks.

47. Microsoft performed a detailed sample inspection of mobile phone model L1020.

48. By letter dated May 10, 2016, Tim Peart, Senior Channel Security Manager of Microsoft, informed CBP that the E and Windows trademarks found on mobile phone model L1020 are "spurious imitations of Microsoft's trademarks." Microsoft concluded that because the manufacturer is not authorized to use the E and Windows trademarks, mobile phone model L1020 bears counterfeit trademarks.

## **CLAIM FOR FORFEITURE**

### FIRST CLAIM

49. Plaintiff re-alleges paragraphs 1 through 48, above, as if fully set forth herein.

50. The mobile phone models L3, L5, L7, and MINI S5-W from the 13,000 defendant mobile phone shipment and mobile phone models L21, D112-S, and L1020 from the 4,047 defendant mobile phone shipment constitute articles of merchandise, bearing one or more counterfeit marks, imported into the United States in violation of Title 15, United States Code, Section 1124, without the consent of the owners of such trademarks.

51. Therefore, the defendants are subject to forfeiture pursuant to Title 19, United States Code, Sections 1526(b) and (e).

SECOND CLAIM

52.    Plaintiff re-alleges paragraphs 1 through 48, above, as if fully set forth herein

53.    The mobile phone models L3, L5, L7, MINI S5-W, and SM-G900 from the 13,000 defendant mobile phone shipment and mobile phone models L21, D112-S, L1020, and I9190 from the 4,047 defendant mobile phone shipment constitute merchandise introduced into the United States contrary to law as merchandise in which trademark protection violations are involved, specifically violations of Title 15, United States Code, Section 1124.

54.    Therefore the defendant mobile phones are subject to forfeiture pursuant to Title 19, United States Code, Section 1595a(c)(2)(C).

**WHEREFORE,** Plaintiff, United States of America requests, that any and all persons having any claim to the defendant property be directed to file and serve their verified claims and answers as required by Rule G(5), of the Supplemental Rules for Certain Admiralty or Maritime and Asset Forfeiture Claims, or suffer default thereof, and further requests that the Court declare the defendant property condemned and forfeit to the United States of America, and that the Plaintiff have such other and further relief as may just and proper.

Respectively submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT U.S. ATTORNEY
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7255 ext. 3592
Fax: (954) 356-7180
Fla Bar No. 341411
E-mail: Roger.Powell@usdoj.gov

## VERIFICATION

I, Michael Baranet, Officer, United States Customs and Border Protection hereby declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, that the foregoing Complaint for Forfeiture in Rem is based upon information known to me, and that the facts alleged therein are true and correct to the best of my knowledge and belief.

EXECUTED, on this **25** day of May, 2016.

_/s/ Michael M. Baranet_
MICHAEL BARANET
OFFICER
U.S. CUSTOMS AND BORDER PROTECTION